# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,   CIVIL ACTION NO.: 11-11457

    Plaintiff,   HON.: GEORGE CARAM STEEH

vs.

ANDRE D. JONES, A.K.A. ANDRE' D. JONES,

    Defendant.

_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter: THE COURT FINDS:

Service of process upon defendant Andre D. Jones, a.k.a. Andre' D. Jones cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following methods(s):

    a.  ☒  First class mail to 276 Charles Lane, Pontiac, MI 48341.

    b.  ☒  Certified Mail, Return Receipt Requested.

    c.  ☒  Tacking or firmly affixing to the door at 276 Charles Lane, Pontiac, MI 48341.

    d.  ☐  Other:_____

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

Dated:  June 28, 2011

>S/George Caram Steeh
>GEORGE CARAM STEEH
>UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 28, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk